BEFORE THE SECOND DIVISION, MAY 24, 1966

**No. P66/69.**—Nisonger Corp. and Trans-World Shpg. Corp. et al. *v.* United States, protests 63/20895, etc. (New York).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs, not dedicated to use in automobiles or any other vehicle or machine, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

**No. P66/70.**—New York Merchandise Co., Inc. *v.* United States, protest 64/13566 (New York).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hibachis similar in all material respects to those the subject of *D. E. Sanford Company* v. *United States* (43 Cust. Ct. 296, Abstract 63217), the claim of the plaintiff was sustained.

**No. P66/71.**—Soderhamn Machine Mfg. Co., Inc., et al. *v.* United States, protests 61/17879, etc. (Norfolk).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Cambio Debarkers and parts thereof similar in all material respects to those the subject of *Soderhamn Machine Mfg. Co.* v. *United States* (54 Cust. Ct. 369, Abstract 69205), the claim of the plaintiffs was sustained.